IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MICHAEL TUCKER,**
    Plaintiff,

vs.                      CASE NO.: 3:07cv78/LAC/MD

**SANTA ROSA COUNTY SHERIFF'S**
**DEPARTMENT, et al.,**
    Defendants.

---

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 13, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is DISMISSED WITHOUT PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

3. The clerk is directed to close the file.

DONE AND ORDERED this 25th day of April, 2007.

                                        _s/L.A. Collier_
                                        **LACEY COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**